### DANIEL WILLIAMS *v.* COMMISSIONER OF CORRECTION

The petitioner Daniel Williams' petition for certification for appeal from the Appellate Court, 107 Conn. App. 905 (AC 28292), is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Deborah G. Stevenson*, special public defender, in support of the petition.

*Jessica A. Probolus*, special deputy assistant state's attorney, in opposition.

Decided September 16, 2008